```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLY BUSTERS, LLC,

                    Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                    Defendant.

24-CV-01411 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court held a scheduled conference on April 16, 2024, at which Plaintiff did not appear. As noted in that conference, it is hereby ORDERED that the Court adopts the proposed Civil Case Management Plan filed by Defendant (Dkt. No. 14-1), which will be entered separately. Based on email correspondence with the Court on April 12, 2024, in which Plaintiff's counsel, Omar Bakos of GTS Law, P.A., indicated "Plaintiff is in agreement with the Defendant's CMP and the letter sent to the judge summarizing the posture of the case," the Court finds that the parties have jointly agreed to the proposed Civil Case Management Plan.

      In email correspondence with the Court on April 16, 2024, Plaintiff's counsel also represented that he is not admitted to practice in the Southern District of New York. Accordingly, it is further ORDERED that Plaintiff's current counsel either (1) file a Pro Hac Vice motion so that he may prosecute this action in this court, (2) locate co-counsel who is admitted to the Southern District of New York and direct co-counsel to file a Notice of Appearance on behalf of Plaintiff, or (3) coordinate a substitution of counsel (e.g., by filing a proposed Consent Order Granting Substitution of Attorney), no later than **Friday, April 19, 2024**.

      Following resolution of Plaintiff's representation in one of the three ways described above, the Court will enter an order referring the parties' to the assigned Magistrate Judge for a settlement conference, per the request in the Case Management Plan.

Dated: April 16, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge